IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                            CRIMINAL NO. 4:05cr34TSL-JCS

BARDRA LYONS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment in Criminal No. 4:05cr34TSL-JCS filed on September 27, 2005, against the defendant, BARDRA LYONS, without prejudice, for the reason that an Information was returned by the Federal Grand Jury in this district on May 15, 2006, Criminal No. 4:06cr18HTW-JCS.

DUNN LAMPTON
United States Attorney

/s/ Jack B. Jacy, Jr.
By:   JACK B. LACY, JR.
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 8th day of June, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE